**Order filed September 29, 2011.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-11-00690-CR**
_____

**RICARDO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1270992**

## O R D E R

The clerk's record in this appeal was filed September 26, 2011.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's orders, signed August 3, 2011, denying appellant's motions to suppress.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **October 10, 2011**, containing the trial court's orders, signed August 3, 2011, denying appellant's motions to suppress

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM